AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

United States of America
v.

DANIEL HANSEN Year of Birth: 1999, SSAN: 5803

Defendant(s)

Case No. 20 MJ 2105

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 12/16/2020 in the county of Bernalillo in the District of New Mexico, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18: 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:
See attached

☒ Continued on the attached sheet.

*Complainant's signature*

Peter Ubbelohde Special Agent
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: December 28, 2020

*Judge's signature*

City and state: Albuquerque, NM

Jerry H. Ritter  U.S. Magistrate Judge
*Printed name and title*

DISTRICT OF NEW MEXICO
ALBUQUERQUE, NEW MEXICO

AFFIDAVIT OF PETER UBBELOHDE

1. I, Peter Jon N. Ubbelohde, Special Agent of the Federal Bureau of Investigation (FBI), United States Department of Justice, Washington, D.C., having been duly sworn, state:

2. I am a Special Agent of the FBI, and am currently assigned to the Albuquerque Division, and have investigative responsibilities including bank robbery. The information set forth in this affidavit was derived from my own investigations and /or communicated to be by other employees of the FBI, other law enforcement agencies, and from records and documents that I, and others have reviewed. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to demonstrate probable cause for the issuance of the requested criminal complaint and arrest warrant.

## INTRODUCTION

3. This affidavit will show there is probable cause in support of a criminal complaint against DANIEL HANSEN (HANSEN) for one count of attempted bank robbery, contrary to 18 U.S.C. § 2113(a). The attempted robbery occurred on December 16, 2020, within the District of New Mexico.

4. Subsection (a) of 18 U.S.C. § 2113 prohibits taking or attempting to take by force and violence, or by intimidation from the person or presence of another any property or money or any other thing of value belonging to any bank.

## FACTS AND CIRCUMSTANCES

5. On December 16, 2020, at about 3:50 p.m., an attempted robbery was committed at the Bank of Albuquerque, 401 Coors Boulevard NW, Albuquerque, New Mexico, 87121. Based on witness statements and security camera images, the robber was a light-skinned male, 5'9"- 6'1" tall, thin, dark hair, wearing a light yellow-colored face mask, dark-colored hooded jacket with

white-colored lettering on the sleeve, white-colored shirt, jeans, white and yellow-colored athletic shoes, and a small bag or purse slung across his chest. The subject entered the bank and was greeted by a teller and told if he would like to complete a transaction he would have to do so in the drive-through window. The man left the bank and walked up to the drive-through window. He told a teller he would like to make a withdrawal and was subsequently given a withdrawal slip and a pen through the drive-through drawer. The man sent the drawer back to the teller. The teller read a handwritten note on the withdrawal slip that said, "Put $10,000 in 2 bags maybe youll survive NOW." Based on the words on the paper and because the man was demanding a large sum of U.S. currency without providing any identification, the teller understood they were being robbed and felt threatened. The teller informed their coworkers they were being robbed and they all backed away from the teller line and activated the security alarm. The man ran to the front of the bank and got into the vehicle he arrived in. No U.S. currency was given to the man. The demand note was taken by responding Albuquerque Police Department (APD) officers and collected as evidence.

6. Earlier on the morning of December 16, 2020, APD officers were flagged down by security personnel at the Amtrak/Greyhound train and bus station in Albuquerque regarding HANSEN. Security told HANSEN he was not allowed to return to the property the day before. HANSEN was in an altercation with security on December 15, 2020, and made threats to return to shoot up the place and blow it up. When APD officers spoke with HANSEN on December 16, 2020, he requested to be taken to the "mental ward" as he was fearful he may hurt someone. It was apparent to the officers HANSEN was expressing homicidal impulses and took him to University of New Mexico Hospital (UNMH) for an involuntary behavior health evaluation. HANSEN was not Mirandized, but during the ride to the hospital he made several voluntary utterances including, expressing his hopes he would be admitted at the hospital, admitting making the threats the day prior, and boasting that when things get bad for him he robs banks.

7. An Amtrak security worker took the photograph below of HANSEN on the morning of December 16, 2020 at the train and bus station.



8. Bank of Albuquerque provided the photographs below of the man who attempted to rob their branch at 401 Coors Boulevard NW, Albuquerque, New Mexico, 87121 on December 16, 2020.

  

9.     On the morning of December 16, 2020, HANSEN appears to be wearing the same clothes as the man who attempted to rob the aforementioned Bank of Albuquerque later the same day. The jacket appears to be the same colors and have the same lettering of "SWOOSH" on the right sleeve. Both jackets appear to have a hood. HANSEN is wearing a white-colored shirt under his jacket. The man who attempted to rob the bank wore a white-colored shirt. HANSEN's yellow-colored mask appears to be the same as in the bank's photo and described by witnesses. HANSEN's pants appear to be of the same style, in both color and taper of the legs as the bank robber's pants. HANSEN's shoes appear to be the same style and white and yellow-coloring. HANSEN matches the physical description given of the bank robber, specifically a thin build, light skinned, and dark hair.

10.    Bank of Albuquerque is insured by the Federal Deposit Insurance Corporation (FDIC), wherefore it is a bank as defined under 18 U.S.C. § 2113.

## CONCLUSION

11. Based on the above described facts, there is probable cause to believe that DANIEL HANSEN committed Attempted Bank Robbery on December 16, 2020, in violation of 18 U.S.C. § 2113(a).

12. I swear that this information is true and correct to the best of my knowledge, information and belief.

13. This affidavit was reviewed by Supervisory Assistant United States Attorney Jack Burkhead.

Respectfully submitted,

Peter Ubbelohde
Special Agent
Federal Bureau of Investigation

Telephonically sworn and electronically signed,
this __28th___ day of December, 2020

United States Magistrate Judge
Albuquerque, New Mexico