# UNITED STATES DISTRICT COURT
for the
District of New Mexico

**FILED**
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

United States of America

v.

Daniel Hansen

*Defendant*

Case No. 20MJ2105 JHR

## WAIVER OF PERSONAL PRESENCE AT HEARING

I, Daniel Hansen _____, Defendant, understand that I am scheduled for

an Initial ⅅⅈ·7 _____ hearing on 12/31/2020
_nature of hearing_ _date_

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to

appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: 12/31/20

_Defendant's signature_

_Signature of defendant's attorney_

Kari Converse

_Printed name of defendant's attorney_

kari_converse@fd.org

_Defendant's attorney's e-mail address_