# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing

Preliminary/Detention Hearing (NOT HELD)

| | | | |
|---|---|---|---|
| Case Number: | MJ 20-2105 JHR | UNITED STATES vs. HANSEN | |
| Hearing Date: | 1/5/2021 | Time In and Out: | 11:23-11:30 |
| Courtroom Deputy: | N. Maestas | Courtroom: | ABQ Zoom |
| Defendant: | Daniel Hansen | Defendant's Counsel: | Mallory Gagan |
| AUSA: | Jaymie Roybal | Pretrial/Probation: | Anthony Galaz |
| Interpreter: | N/A | Witness: | |

### Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain     ☐ Government does not recommend detention
- ☐ Set for ___ on ___ @ ___

### Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds probable cause     ☐ Court does not find probable cause

### Detention

- ☐ Defendant waives Detention Hearing
- ☐ 

### Custody Status

- ☐ Defendant
- ☐ Conditions

### Other

- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to ___ for Final Revocation Hearing
- ☒ Defendant refused to attend hearing; Defense counsel reports she did communicate with client yesterday; Court continues hearing until January 6, 2021 at 9:30