IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.        20-MJ-2105

DANIEL HANSEN,

    Defendant.

## ORDER GRANTING UNITED STATES' UNOPPOSED MOTION FOR FORM 13 PRESENTENCE REPORT

THIS MATTER is before the Court on the United States' Motion for Form 13 Presentence Report ("Motion"). Doc. 20. Having reviewed the Motion, noting the parties' concurrence, and finding that good cause exists, the Court finds the Motion to be well-taken and will GRANT it.

IT IS THEREFORE ORDERED that the United States Probation Office prepare a Form 13 Presentence Investigation Report for Defendant Daniel Hansen.

**IT IS SO ORDERED**.

_____
THE HONORABLE KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE